# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2012

143345 & (31)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

LEO TONDREAU, Personal Representative of
the Estate of Sandra Peetz, Deceased,
          Plaintiff-Appellee,

v

SC: 143345
COA: 300026
Macomb CC: 2009-002913-NH

HENRY FORD MACOMB HOSPITAL, a/k/a
HENRY FORD MACOMB HOSPITAL-
CLINTON TOWNSHIP CAMPUS, LI ZHANG,
M.D., and MACOMB ANESTHESIA, P.C.,
          Defendants,
and

SACHINDER S. HANS, M.D., P.C., and
SACHINDER S. HANS, M.D.,
          Defendants-Appellants.

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the May 26, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2012

_____
Clerk

t0118